# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LUISA MARTINEZ VALDIVIESO,**
Appellant,

v.

**JOHN YEPPES VERGARA,**
Appellee.

No. 4D22-298

[July 7, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. FMCE20-007182 (38).

Luisa Martinez Valdivieso, Weston, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***